UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LONNIE EVERETT, | ) | 1:04-cv-06313-REC-TAG HC |
| | ) | |
| Petitioner, | ) | ORDER ADOPTING REPORT AND |
| | ) | RECOMMENDATION (Doc. 7) |
| v. | ) | |
| | ) | ORDER DISMISSING AMENDED |
| BERNIE ELLIS, Warden, et al. | ) | PETITION FOR WRIT OF HABEAS |
| | ) | CORPUS (Doc. 6) |
| | ) | |
| Respondents. | ) | ORDER DIRECTING CLERK OF COURT |
| | ) | TO ENTER JUDGMENT |
| | ) | |

Petitioner is a federal prisoner proceeding pro se with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.

On September 24, 2004, Petitioner filed the original petition for writ of habeas corpus in the United States District Court for the Eastern District of California, Fresno Division.  (Doc. 1). The form petition set forth a single ground for relief, i.e., that the Board of Prisons has promulgated and applied a policy limiting Petitioner's good-time credits to an amount less than that to which he claims he is entitled under 18 U.S.C. § 3624(b).  (Doc. 1, p. 2.) .  On February 23, 2005, the Magistrate Judge assigned to this case ordered Petitioner to file an amended petition that would include information from which the Magistrate Judge could determine whether Petitioner had exhausted his administrative remedies prior to filing his petition. (Doc. 5). On March 9, 2005, Petitioner filed an amended petition in which he conceded that he had not exhausted his administrative remedies.  (Doc. 6).

1   On April 27, 2005, the Magistrate Judge filed a Report and Recommendation
2 recommending the amended petition for writ of habeas corpus be dismissed because Petitioner
3 had not exhausted his administrative remedies before filing the petition. (Doc. 6).  This Report
4 and Recommendation was served on all parties and contained notice that any objections were to
5 be filed within thirty (30) days from the date of service of that order.  To date, the parties have
6 not filed timely objections to the Report and Recommendation.
7   In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted
8 a *de novo* review of the case.  Having carefully reviewed the entire file, the Court concludes that
9 the Magistrate Judge's Report and Recommendation is supported by the record and proper
10 analysis.
11   Accordingly, IT IS HEREBY ORDERED that:
12   1.   The Report and Recommendation, filed April 27, 2005 ( Doc. 7) is ADOPTED IN
13        FULL;
14   2.   The amended petition for writ of habeas corpus (Doc. 6) is DISMISSED; and
15   3.   The Clerk of Court is DIRECTED to ENTER JUDGMENT for respondent.
16   IT IS SO ORDERED.
17 **Dated:  June 15, 2005**              **/s/ Robert E. Coyle**
   668554                              UNITED STATES DISTRICT JUDGE